US MAGISTRATE JUDGE CHERYL L. POLLAK  DATE: 11/1/13

TIME SPENT: _____

DOCKET NO. 13 CV 3345

CASE: McLean v City of NY

- ✓ INITIAL CONFERENCE
- ___ DISCOVERY CONFERENCE
- ___ SETTLEMENT CONFERENCE
- ___ MOTION HEARING

- ___ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

MANDATORY DISCLOSURE: ✓

✓ COMPLETED            _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Responses to written discovery due 12/6

Settlement conf. 12/20 at 1030