

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Ashley R. Garman
*Special Federal Litigation Division*
*212-356-3539*
*Facsimile: (212) 356-3509*
*agarman@law.nyc.gov*

December 17, 2013

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Christopher McClean v. The City of New York, et al.</u>, 13 CV 3345 (ENV) (CLP)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter. I write, on consent of plaintiff's counsel, to inform the Court that the parties have reached a settlement in this matter and are in the process of completing the settlement paperwork. Accordingly, the parties respectfully request that the Settlement Conference scheduled to be held on December 20, 2013, at 10:30 am be adjourned.

      Thank you for your consideration of this request.

Respectfully submitted,

Ashley R. Garman

cc: John Iwuh, Esq. **(VIA ECF)**
    *Attorney for Plaintiff*

    Honorable Eric N. Vitaliano **(VIA ECF and US MAIL)**
    United States District Judge
    Eastern District of New York
    225 Cadman Plaza East
    Brooklyn, NY 11201