

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Ashley R. Garman<br>*Special Federal Litigation Division*<br>*212-356-3539*<br>*Facsimile: (212) 356-3509*<br>*agarman@law.nyc.gov* |
|---|---|---|

December 30, 2013

**BY ECF and United States Mail**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Christopher McLean v. The City of New York, et al., 13 CV 3345 (ENV) (CLP)

Your Honor:

    Enclosed herein for the Court's endorsement please find a fully executed Stipulation and Order of Dismissal of the above-referenced matter.

Respectfully submitted,

Ashley R. Garman

Encl.

cc: John Iwuh, Esq. **(VIA ECF)**
    *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

CHRISTOPHER MCLEAN,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                                     Defendants.

----------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-3345-ENV-CLP

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

O'keke & Associates, PC
*Attorneys for Plaintiff*
801 Franklin Avenue
Brooklyn, New York 11238
(347) 442-5089

By: _____
John C. Iwuh
*Attorney for Plaintiff*

Dated: New York, New York
_____

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants City,
Castillo and Thompson*
100 Church Street, Rm. 3-155
New York, New York 10007

By: _____
Ashley Garman
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE