

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

CHRISTOPHER MCLEAN,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

----------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-3345-ENV-CLP

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| O'keke & Associates, PC | MICHAEL A. CARDOZO |
|---|---|
| *Attorneys for Plaintiff* | Corporation Counsel of the |
| 801 Franklin Avenue | City of New York |
| Brooklyn, New York 11238 | *Attorney for Defendants City,* |
| (347) 442-5089 | *Castillo and Thompson* |
| | 100 Church Street, Rm. 3-155 |
| | New York, New York 10007 |

By: _____  By: _____
John C. Iwuh                      Ashley Garman
*Attorney for Plaintiff*          *Assistant Corporation Counsel*

The Clerk is directed to close this case.

SO ORDERED:
s/Eric N. Vitaliano

Dated: New York, New York

HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

JAN 2 3 2014

2